IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZACHERY MARTZ, | : | Civil No. 3:19-cv-1965 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| JOHN E. WETZEL, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 11th day of August, 2020, upon consideration of Defendants' motion (Doc. 14) to dismiss, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion (Doc. 14) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge